FILED
CHARLOTTE, NC

JUN - 9 2011

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

DOCKET NO. 3:11cr170-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| MICHELLE JACKSON, ) | |
| a/k/a Sylvia Jackson ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BASED UPON** the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, **IT IS HEREBY ORDERED THAT:**

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c) provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

**All currency and monetary instruments which were received during, involved in or used or intended to be used to facilitate the crimes alleged in the Bill of Information including the sum of approximately $319,726.00.**

2. The Internal Revenue Service, United States Secret Service, Federal Bureau of Investigation and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described specific property.

3. A forfeiture money judgment in the amount of $319,726.00 shall be included in the sentence of the Defendant and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p). In addition, pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

4. The parties stipulate and agree that the aforementioned judgment amount represents

asset(s) derived from or traceable to property involved in Defendant's crime(s) herein and is therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant.

DAVID A. BROWN
ATTORNEY FOR THE UNITED STATES
ACTING UNDER THE AUTHORITY CONFERRED BY 28 U.S.C. § 515

_____
BENJAMIN BAIN-CREED
Assistant United States Attorney

_____
MICHELLE JACKSON
Defendant

_____
JULIA GRACE MIMMS, ESQ.
Attorneys for Defendant

Signed this the 9 day of June, 2011.

_____
UNITED STATES Magistrate JUDGE